District Court for the Western
District of Washington

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | MJ20-782 |
| | ) | |
| JUDITH WRIGHT, | ) | ORDER APPOINTING |
| | ) | FEDERAL PUBLIC |
| | ) | Defender |
| Defendant | ) | |

On the basis of the above-named defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel and that the Federal Public Defender for the Western District of Washington be and is hereby appointed to represent the above-named defendant pursuant to Title 18 United States code 3006A.

Dated this 9 day of December, 2020

_____
United States Magistrate Judge

ORDER APPOINTING F.P.D.